JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Healthcare Ally Management of California, LLC, | Case No.: 2:22-cv-04831-PA-GJS |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| Boston Consulting Group Inc. and DOES 1-10, | |
| Defendants. | |

Based on the Stipulation of Defendant, Boston Consulting Group, Inc. and Plaintiff, Healthcare Ally Management of California, LLC,

It is **HEREBY ORDERED** as follows:

1. The above-entitled action, Case No. 2:22-cv-04831-PA-GJS, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: March 20, 2023              By: _____
                                        Percy Anderson
                                        United States District Judge

- 2 -